UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| MICHEAL MONDRAGON, | |
|---|---|
| Petitioner, | NO. CV-10-091-JPH |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON |
| MAGGIE MILLER-STOUT, | |
| Respondent. | |

Magistrate Judge Hutton filed a Report and Recommendation on April 8, 2010, recommending Mr. Mondragon's habeas corpus petition be transferred to the Western District of Washington. There being no objections, the court ADOPTS the Report and Recommendation.

Therefore, **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington. The court notes Mr. Mondragon has paid the $5.00 filing fee.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, and forward a copy to Petitioner. The District Court Executive is further directed

//

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON -- 1

to forward this file with a copy of this Order to the Clerk of the United States District Court for the Western District of Washington and close the file in this district.

**DATED** this   26th   day of April 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON -- 2