FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 10 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

10-CV-00715-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHEAL MONDRAGON,

    Petitioner,

v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C10-715-JLR

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, [the Affidavit of Michael Mondragon, Petitioner's Objections to the Report and Recommendation,] the governing law, and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's petition for writ of habeas corpus is **DISMISSED** with prejudice;

(3)     The Court denies issuance of a certificate of appealability;

(4)     The Clerk of Court is directed to send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 10th day of August, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1